**PLAINTIFF**
MICHAEL JAMES CAMPBELL
9271 HWY 11W BOX 4
MOORESBURG, TN 37811

CLERK OF COURT
UNITED STATES DISTRICT COURT
GREENEVILLE DIVISION
220 WEST DEPOT STREET, SUITE 200
GREENEVILLE, TN. 37743

2:18-CV-85
Reeves/Corker

**DEFENDANTS:**

1. JAMES KNIPPER
2. LINSEY LANE, D.A.
3. MICKEY ZIMMERMAN
4. JOANNE KLEPPER, AND CUSTODY RIGHTS GUARDIAN OF MASON ZIMMERMAN
5. MILDRED ANNE FLETCHER (LCR 580)
6. RANDY COLLIER, HAWKENS CLK. OF CTS
7. (JEFF ANDERSON, FALBRANCH KEEPER OF RECORDS, BOX 186, AND
8. JASON BARRY (OR BERRY), DISPATCH SPVSR. @ BOX 186, FALBRANCH)
9. JOSH MEYERS (MYERS)
10. RUSSEL MATTOCKS, ATNY. 1
11. RICK SPIVEY, ATNY 2
12. RUSSEL VELDMAN, ATNY 3
13. JOHN DUGGER
14. TODD ROSS
15. HAWKENS COUNTY SHERIFF'S DEPT.
16. ROGERSVILLE CITY POLICE DEPT.
17. JOHN PRUIT
18. HAWKINS COUNTY COURT SECURITY PERSONEL
19. HAWKINS COUNTY COMMISSIONERS AND D.A.'S OFFICE
20. SGT. CAMPBEL, FALBRANCH ST. POLICE
21. BENNY JENNINGS, DEPT. HOMELAND SECURITY
22. ~~[redacted]~~

**FILED**
MAY 31 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

SIRS!

**I.** This Civil Action Case envolves Constitutional Rights Violations spanning 43½ months from <u>Oct. 13, 2013</u> through <u>June 1, 2017</u>, beginning with a D.U.I. entrapment under Color of Authority. (Case 14CR052) > (Prelim. Hear. Case 1351714) The usage of a convicted Felon/Confidential Informant, a child pitfall accomplice. Mickey Zimmerman used his mother's P.U. truck and a child he didn't even have custody of. Custody rights person not even present at the orchestrated date and time of arrest. < Resulting in all 4 (of my) original charges being dismissed with no fine/no probation. M. Zimmerman recieved a $2.00 fine.

**II** On June 1, 2017, my third Court Aptd. Atny Rus Veldman had a quality Motion to Dismiss with him. I had a copy, too. At 1:00 pm – 1:15 pm, Judge Dugger and D.A. Linsey Lane wouldn't show themselves, Court Room vacant but for two entirely new faces to me. Either County Commissioners or Federal Civil Suit "Thwarters", or one of each. Veldman pulled me back out into the Ct. Hs. Lobby, made a hand slash jesture across his throat, stating, "<u>The Judge wants this overwith today!</u>" He "pumped me" to sign a plea — 1 count of DUI / no jail / minimal fine allowed. I said, "No." I was told to "wait here", while he went back in and "haggled". (Half hour back + forth). Result Offer: Sign Plea 1 count Public Drunkeness. I said, "No", "Because Public Drunkeness was encompassed in the whole orchestrated entrapment." (And) "I don't care if it's only a 10.00 fine, I'm not signing anything." "I want a trial < to take the stand, and expose this mess, and be cleanly aquitted." Veldman said, "The Judge isn't

going to have anything of it." I said, "You take that motion back in there, and you tell that judge to either dismiss all 4 charges, or we're going to trial." Veldman went back in. 5 minutes later I looked in the Ct. Rm. door window. It was vacant of anybody except one of the two previously mentioned "high up" guys. (Judges chamber "pow wow", aparently). Then a woman Ct. Hs. Security person said, "You can't leave." She could only be talking to me, because it was like a ghost town. Veldman came out, beckoned me to and in a side Conference room "for more privacy so the lobby security can't hear us argue," he said. (odd & suspicious, but I went). <u>Veldman's lips and jaw were quivering.</u> I said, "What is this?" (2 security ofcrs. were just outside the door.) Veldman then told me, "There isn't going to be a trial. If you don't sign guilty to Public Drunkeness, the D.A.'s prepared/and will do it < order by judge that I be sent for evaluation to determine if I'm mentaly competant to stand trial, (and with false grounds no doubt) have you put on psycotropic drugs, take your guns & 2nd Am.T. rights, and you'll never be able to go hunting again." I said, ("Sign it!") "They can't meet any criteria to pull that off. "They're nuts!" ~~the only~~ (I have a diploma, & IQ of 100, no danger to myself or others) They'd have to use security to "jump me" in the lobby, and falsely arrest me for attacking security personel - for a false platform to do it - or coerce a shrink via County Solicitor/Commissioner. Veldman's re-born sick crocadile smile ate at me. & I just wanted to go home, so I signed plea 1 ct. Pub. Drnkns. 10 minutes later, after 2+ hrs. of duress, Dugger

ASKED ME IF I WAS THREATENED OR PRESSURED INTO SIGNING (IT). I SAID, "YEA!" "I WAS TOLD I'D WIND UP LOSING MY 2ND AMDT. RTS. AND NEVER BE ABLE TO GO HUNTING AGAIN IF I DIDN'T SIGN IT!" I TOOK A BREATH TO "UNLEASH" THE REST OF VELDMAN'S RELAYED THREAT/"NET THROW" CONTEXT, BUT DUGGER CUT ME OFF AND SUMMED THE FINALITIES ≤ ZERO FINE/NO PROBATION/ 115.°° COURT COSTS. I SAID "I'M NOT PAYING THE COUNTY CLERK ONE CENT." VELDMAN SAID HE'D PAY IT FOR ME. (SAID IT IN OPEN CT.). THEN, ON THE WAY OUT, IT OCCURRED TO ME THAT THE COUNTY THUGDOMERCEMENT WILL THINK I "SNITCHED" MY WAY OUT OF IT, THE ROGERSVILLE REVIEW WILL ONLY PRINT THAT I SIGNED A GUILTY PLEA AND "SLIPPED THROUGH CRACKS "OF JUSTICE" ON A TECHNICALITY, NO APOLOGY FROM AUTHORITIES. THESE SAID AUTHORITIES OWE A DEBT TO SOCIETY! NOW! (NOT ME!) I'M THE "PIECE OF MEAT," TO WHICH THEY WENT AGAINST THE PEACE AND DIGNITY OF.

  ON THE WAY OUT OF THE COURT PREMESIS, I SAID TO VELDMAN: "IT WAS A BLUFF. IF I'D'VE GONE TO TRIAL AND EXPOSED IT ALL, THEY'D'VE HAD ME MURDERED." THAT'S WHEN VELDMAN SAID, "THEY'RE GOING TO KILL YOU ANYWAY."

  I WAS EMOTIONALLY EXAUSTED, AND I STILL AM (SOME RELIEF IN WRITING THIS DOWN).

  I WENT HOME AND REPEATEDLY STIFFLED BACK EMOTION BEST I COULD, HYPERVENTALATING IN MY BLACK LABS FUR/ HUGGING HELL OUT OF HIM/ SNOT FLEW. (I DIDN'T GET MY TRIAL)

  I WANT BAR CARDS TAKEN, U.S. MARSHALS COMANDERING 2 COMPUTER HARDDRIVES & ANYLIZING THE EDITED AUDIO/AUDIO VIDEO OF THE PRELIM HEAR AND ARREST SITE VIDEO OF OCT 13 2013, AND RETRIEVAL OF JAN 27, 2014 (EXCULPATORY) DELETED VIDEO

**III** Editing of Oct. 13, 2013 Arrest Site Video:

Edited from it, by Falbranch State Police, was my initial firm denial of being the driver. I'd said, "I'm not the driver," "He's in the passenger side." Followed by (also edited) is James Knipper grabbing my hat off my head, and visciously slamming it back on while saying, "You were so the driver", "I saw you and you were wearing this hat." (I'd get 6 months in jail if I'd do that to a State Cop so why not vise verse)

**IV.** Preliminary Hearing Edited: Jan. 27, 2014

THP James Knipper on the stand, I was acting as my own atny. in a Ct. Rm. vacant of audience. My 15 questions were fumble toungue (ameteurish) due to only 3 hrs sleep night before. What happened that caught him offguard was sudden contrast of what I call "sleepless accidental psycology." My last and final question was suddenly not the dumbo he'd been grinning at and answering questions. I was firm, clear, and concise and I was glaring at him.

I said, "Tpr Knipper, did you see the defendant driving, behind the wheel, or getting in or out of that Green Nissan P.U. truck?" He hesitated, his eyes bulged, and stared at the back corner of the court rm. and answered "No."

I said, "Thank you Tpr Knipper," "No further questions your honor". That Q. & A., and "Thank you Tpr Knipper, no further questions your honor," were edited out of the P.H. audio, and the print out I recieved at a later date matched the edited audio. They had to edit it because it contradicted (his) arrest site video statement to a Sherriff, that he (Knipper) witnessed

<u>THE DEFENDANT (Michael J. Campbell) EXITING THE DRIVER SIDE DOOR</u>," WHEN HE, KNIPPER HAD DRIVEN PAST EARLIER, "AND HE WAS WEARING A FRICKIN ORANGE HAT."

V. It should be noted here, that Sessions Court Judge Todd Ross could have put the breaks on the 43½ month fiasco, by throwing the case out of court right then. So, was he in on the fix with assistance of Fletcher & C.R. 580? And the Clerk Keeper of Records? Most likely, because in addition, Todd Ross concluded with, "Judge Dugger told me to set bail at $1000.⁰⁰", and Dugger's name was edited out of the Prelim. Hearing print out. This very strongly reflects that ~~John~~ John Dugger ordered Todd Ross, <u>to see to it that the case be bound over to Criminal Court, before the Prelim. Hearing even took place</u>. Thus, the Grand Jury indicted me on 4 charges April 21, 2014, using James Knipper's purgery and lack of contradiction, and the jurors didn't see origonal and un cut exculpatory evidences.

VI. I called U.S. Atny. Gen. Ofc. (phone), told them, and the receptionist said, "We don't do D.U.I.'s." I called TN. Bur. of Invest., and they said, "Your Hawkins County D.A. must first acknowlege corruption exists and file a report (~~to them~~) (to us - ) (to TBI.), before we can investigate." So I went to Hawkins D.A. ofc. to file a complaint, or urge her to do so. Linsey Lane wasn't there but Head DA and two secretaries were. <u>They would hear none of it</u>, saying "Your going to have to get an atny." I said, "I'm presently my own atny, as granted permission by Judge Dugger." They said <u>I'd have to leave</u>, and shoo'd me away. Leave now.

VII. The Hawkens County D.A.'s office withheld TWO Jan 7, 2015 motions (to the defense) from the U.S. Mail, for three weeks from Jan. 7, 2015 to Jan. 29, 2015. Post marked date on the envelope proves it. I was MY OWN ATNY at the time, legaly O.K.'d by the court. In the same January 2015 time frame, I'd filed a 5 page Motion to Dismiss;

Thoroughly contained in it was all, or most all the evidence of reasonable doubt needed for dismissal, but without a TBI investigation, and bigger "dots" yet to be connected, it was only moderatly powerful. I took a copy of it with me to next court date, Feb. 2, 2015. Trial was set for Feb. 5, 2015. LINSEY LANES WITHHELD MAIL WOULDN'T EVEN GET TO MY MAILBOX TILL THE DAY I WAS IN COURT FEB 2ND. It contained 2 motions, one being a request for discovery from the defense (case 14cr52). When I was two steps from the podium, (Feb. 2) Judge Dugger's mouth started running, cutting me off from Freedom of Speach as my own atny. And firmly brought our meeting to a close in one minute flat with the words, "And you are to cooperate with your attorney Rick Spivey." In one minute flat, Dugger fired me; said I'm to incompetant to be my own atny. because I haven't been filing any motions (while I indeed had one in my hand and the Clerk of Cts should have seen to it that HE got one). I couldn't have answered the DA's motion for disc. because I didn't yet even know it existed, and wouldn't know till the next day, FEB 3RD. Dugger hadn't allow my Motion to Dismiss to even be spoken of in open court, & therefore went unadjudicated, and trial date bumped. Therefore, I feel, my defense in case 14cr52

was unethicly thrown out of order by Linsey Lane.

After 20 more months with Rick Spivey, (my 2nd Ct Aptd Atny) he withdrew from the case. One obvious reason: He wouldn't go to trial ~~[crossed out]~~ because it would destroy State Police and Judicial System integrety. He didn't want to be responsible or famous for causing sudden change in political vote.

VIII. Now I'll revisit two encounters ~~occurances occurrances~~ with Russel Mattocks, (Ct Aptd. Atny #2)

May 2014, I'd fired Russel Mattocks in his office, for refusing by motion to order a print out of the Jan 27, 2014 Preliminary Hearing. Mattocks had told me in his office, "I'm backed up with 40 other cases to do." (and) "Your $50.00 Public Defender fee isn't enough to make me do that kind 'o leg work" and "I'm not paying my secretary to do it". And "Falbranch doesn't edit arrest site videos." And "Your Guilty", "Face it", and "Why don't you plead insanity, they'll let you off easy". ~~I~~ cussed him out & fired him.

Soon after in court, June 2014, he claimed he's withdrawing from the case. I said to him, "Your not withdrawing"...."I fired you for refusing to do your job." Mattocks then loudly and blatently responded, "You were DUI with a 6 year old child!"

A packed court room gasped. Mattocks assasinated the case for the defense in a court of public opinion — 80 or so people there that day would wag their ~~[crossed out]~~ rumor-mongering toungues, fair juror prospects tainted. 80 or so people present, didn't know that I'd only been

STANDING BY A NISSAN PU. TRUCK OCT 13, 2013, HAD AT FIRST BELIEVED THE DRIVER WAS DRUNK, AND I'D BAILED OUT THE PASSENGER SIDE, LET HIM COME ACROSS THE SEAT TO SAVE THE BOY FROM GOING TO FOSTER CARE IF A COP STOPPED,

SO GASPING PEOPLE DIDN'T KNOW I WAS "PLAYED LIKE A FIDDLE", FOR THE LOVE OF MONEY OR CONVICTED FELON LENIENCY.

[ FEDERAL COURT SHOULD NOTE: WHY ISN'T MICKEY ZIMMERMAN DOING A PAROLE TAIL, FOR 10 BOOKINGS/18 CHARGES IN 5 YRS ]

IX. STATE POLICE AT FALBRANCH AND DEPARTMENT OF HOMELAND SECURITY PERSONEL: SGT CAMPBEL, ST. POL, + BENNIE JENNINGS, DEPT. HMLND. SEC (BOTH); KNIPPER UNDUELY AND INJUSTLY WITHHELD MY .22 RIFLE, THAT WAS IN A SCABBARD IN THE BACK OF MICKEY ZIMMERMAN'S MOTHER'S NISSAN TRK. WITHHELD IT FOR 2½ MONTHS. EVERY TIME I PHONED TO PLEA ITS RETURN, I WAS TOLD:
A) YOUR A CONVICTED FELON... FORGET IT/NON RETURNABLE
B) YOU HAVE WARRENTS IN PORT OF AUTHORITY NY., WARRENTS OUT FOR YOUR ARREST IN NJ., DELEWARE (ADVISING ME TO FORGET IT)
C.) IT'LL COST YOU MORE FOR A LAWYER TO GET IT, THAN WHAT ITS WORTH.
D) YOU'LL NEVER SEE IT AGAIN, ETC
E) TAUNTING + TRYING TO INCITE ME INTO TALKING IRRATIONAL, OR TO MAKE A THREAT, AND "GO OFF", SO THEY'LL THEN HAVE A LECITAMATE EXCUSE TO NOT ONLY KEEP IT, BUT ALSO MY 2ND AMOT RTS, AND TAKE MY OTHER 3 LONG GUNS, AND NEVER BE ABLE TO HUNT AGAIN.

X. FALBRANCH: DESTROYING STATES EVIDENCE & A VIDEO KNIPPER SAYS HE HAS BUT WON'T PRODUCE / EX CULPATORY EVIDENCE PROVING ~~&~~ ZIMMERMAN WAS DRIVING, THAT OF WHICH IS A SEPARATE VIDEO FROM THE ARREST SITE VIDEO.

XI. CONSPIRACY, PURGERY; COLLUSION; COERSION; TERRORISTIC THREATS; REFUSING AND BLOCKING MY CONST. RT. TO A TRIAL, (MANY COUNTS) OBSTRUCTION OF JUSTICE (MANY COUNTS); CASE FIXING; REPEATEDLY MOCKING ~~ME~~ ME INTO HOPELESSNESS WITH THEIR "UNTOUCHABLE" POSSITION AND POWER ABUSE; DENYING ME EQUAL PROTECTION UNDER THE LAW; DELIBERATE INDIFFERENCE; USING SERRAPTITIOUS MANIPULATIONS AND MANOUVERS TO TRY'N JAIL ME SO AS TO SEPARATE ME FROM PAPER WORK AND FIGHT AN "UNBEATABLE BATTLE" FROM BEHIND BARS; ARRANGING UNETHICAL JUDICIAL PROCEDURES TO THROW A CASE OUT OF ORDER; INTIMIDATING AND BAITING A ~~DEFENSE~~ DEFENSE WITNESS, IN ATTEMPT TO INADVERTANTLY ACHIEVE A USING RUSES & PLOYS IN ATTEMP TO CAUSE A PERSON TO GET VIOLENT. GUILTY PLEA.

XII. JOSH MEYERS' TRYING TO INCITE A FIGHT WITH BULLY ~~█████~~ JESTURES / PHYSICAL INTIMIDATION.

THIS OCCURED IN THE HALLWAY 20 FEET FROM HAWKENS COUNTY SESSIONS COURT ROOM DOOR. ← ON THE DATE I RECIEVED 14 CR 052 DISCOVERY PACKAGE, RUS MATTOCKS TOLD ME ON THE PHONE TO COME TO THE COURT HOUSE TO PICK IT UP. ONE MINUTE BEFORE HE HANDED IT TO ME, DRESSED IN BLACK WITH COMBAT BOOTS, SUDDENLY FAST STEPPED RIGHT AT ME AND UP TO ME, JERKING HIS HANDS AND FOREARMS UP WAIST HIGH AND FOREWARD, AS HIS SHOULDERS SHRUGGED UP FOREWARD AND DOWN, HIS FACE AND CHEST ABOUT 20 INCHES FROM MINE, TO DRAW A PHYSICAL RESPONSE. IT WAS A BULLY RUSE IN ATTEMPT TO MAKE ME STIFF ARM HIM IN THE

CHEST, OR RAISE A HAND TO DEFLECT WHAT WAS EASILY ASSUMED TO BE AN INEVITABLE PUNCH ON THE WAY TO MY FACE. I FLINCHED SOMEWHAT, READY TO TWIST MY FACE TO "SLIP A PUNCH" THAT DIDN'T COME. AS HIS SHOULDERS CAME FOREWARD AND DROPPED AND HANDS LOWERED, HE SAID, "CAN I HELP YOU?"

IF I'D'VE RAISED A HAND TO HIT OR DEFLECT AN ASSUMED TO BE COMING BLOW, OR TOOK ON A BOXER'S HANDS HIGH DEFENSE STANCE, HE WOULD'VE MOST CERTAINLY PHYSICLY GRAPPLED ME TO THE FLOOR, ARRESTED ME FOR ATTEMPTING TO ASSAULT A POLICE OFCR., GOT ME JAILED, SEPARATED / INTERCEPTED ME FROM THE DISCOVERY PACKAGE FULL OF HOLES, AND I'D'VE BEEN HOPELESSLY FIGHTING MY 14CR32 CASE FROM A SERIOUS JAIL TERM, AND WOULD FAIL TO SUCCEED IN SAID 4 CHARGES BEING DISMISSED. I'D'VE UNDOUBTEDLY BEEN SUBSEQUENTLY AND REPEATEDLY THEN SUBJECTED TO ARRANGED "PIT FIGHTS" WITH PRISON THUGS WHO DO "EXCHANGE FAVORS" FOR THEIR OWN LEANIENCY SEEKINGS, UNTIL I SAY, "OK! OK! I'll SIGN ANY DA~~MN~~ PLEA BARGAIN AGREEMENT IF IT'LL GET ME OUTA HERE!" (Oh YEA... AND THERE ARE LAWS AGAINST FEEDING A GROWN MAN ONLY A ~~CHEESE~~ 2 PIECES ~~OF BREAD~~ WITH NOTHING BUT 1 SLICE OF CHEESE FOR LUNCH 365 DAYS A YEAR, JUST FOR THE RECORD).

XIII. JOHN PRUITT! AT METAL DETECTOR CLEARANCE / HAWKINS COURT HS. SWAYING PUBLIC OPINION, ~~crime~~ DEFAMATION OF CHARACTOR; CHARACTOR ASSASINATION, RUSE / AGITATION IN ATTEMPT TO CAUSE ME TO GET VIOLENT. AS FOLLOWS: THERE WERE OCCASIONAL VERY EDGY AND IGNORANT CONFRONTATION OCCURANCES

WHEN I'D GO INTO THE COURT HOUSE WITH DOCKET OR CLERK OF COURTS/INFORMATION REASONS. DURING THE SAID 43½ MONTH TIME FRAME, -2015- I'D BEEN HUNTING COYOTES, WEARING CAMOFLAGE, WITH A RIFLE. THE RULES & REGULATIONS MAGAZINE/PAMPHLET THAT IS ISSUED WITH EVERY HUNTING LICENSE WAS IN MY HAND AT THE METAL SCANNING ENTRANCE BECAUSE I NEEDED IT AS EVIDENCE TO FIGHT A REDICULOUS 400.00 CITATION & ACCUSED OF HUNTING DEER (NO DEAD DEER CARCASS). THE BOOK SAYS IT'S OPEN SEASON ON COYOTES 365 DAYS/YR.

THE COURT LOBBY WAS ONLY 30 FT AWAY WITH ABOUT 30 OR SO PEOPLE SITTING, WAITING FOR 1:00 (CT. DOOR OPEN). JOHN PRUIT, SECURITY, SAID NO MAGAZINES JUDGES ORDERS. I SHOWED HIM THE FRONT OF IT (HUNTING RULES & REGS) SAYING, "IT'S A LAW MAGAZINE/EVIDENCE PERTAINING TO MY CASE". PRUITT LOOKED AT THE BACK, (DICK'S SPORTING GOODS ADVERTIZMENT ON IT) AND SAID IN A LOUD AND DECLARITIVE TONE "<u>THAT'S DICKIES PORNOGRAPHY FOR MEN!</u>" "<u>GET THAT OUT O' HERE!</u>" "NO MAGAZINES ALLOWED," HE REPEATED, AS I TRIED TO REASON WITH HIM. 25 OF THE 30 SEATED PEOPLE LOOKED AT ME LIKE I WAS THE SCUM OF THE EARTH; MARKED AS A SMUT LOVER. IT WAS 10 of 1:00 PM. I HAD TO LEAVE AND COME BACK WITHOUT (IT). I WANTED TO SMASH HIS EAR INTO THE SIDE OF HIS HEAD WITH A LEFT HOOK, BUT THEN, AS USUAL, I'D BE FIGHTING THE DUI FALSE CHARGES AS WELL AS BEING ACCUSED OF HUNTING DEER OUT OF SEASON, FROM JAIL.

XIV. ~~XIV.~~ JOHN PRUITT AGAIN: AGAIN, AN ISSUE PARALLELING THE ~~DUI~~ DUI SPAN TIME, AS THOUGH TO 'SCREW' WITH ME AT EVERY OPERTUNITY.

ON THE DAY OF THE FAMOUS TOTAL ECLIPSE OF THE SUN, A $385.°° DIGITAL NIKON CAMER WAS STOLEN FROM ME AT MY RESIDENCE, ONLY STEPS FROM MY FRONT DOOR. THE THIEF, IN HIS HASTE TO LEAVE, LEFT A HALF DRANK COCA COLA LITER, AND AN ALUMINUM TUBE FRAME/CANVAS FOLDING CHAIR. I CALLED SHERRIF. SHERRIF SAID ~~THE~~ THEY'LL SEND A FINGERPRINTER/DETECTIVE. THEY SENT JOHN PRUITT + ANOTHER GUY, TO FINGERPRINT CHAIR + BOTTLE. PRUITT'S COMRADE DID THE BOTTLE "LIKE A PRO" < DAB BRUSH IN THE STUFF ENOUGH TO GET SOME ON THE BRUSH, AND TWIRL IT LIGHTLY IN CIRCLES. PRUITT DID THE ALUMINUM CHAIR FRAME LIKE A BRICK MASON PUTS MUD ON A COARSE O BRICK. ~~HE~~ ~~EVERY TIME~~ HE LOADED THE BRUSH WITH 10 OR MORE TIMES WHAT'S NECESSARY, AND "FLOPPED IT ON" ~~SLOPPY~~ SLOPPY THEN APPLIED HEAVY PRESSURE AS HE TWIRLED THE BRUSH, SO AS TO SCREW UP THE JOB ON PURPOSE. NO 45 YR. OLD COP IS THAT STUPID. THE TEMPTATION TO CUSS HIM OUT, + SAY "GIT THE HELL OUT O HERE WAS INTENSE. THERE WERE SPOTS AND LITTLE CLUMPS OF ORANGE DUST ALL OVER THAT CHAIR AND SOME ON THE GROUND. NO WORTHY PRINTS. THE OTHER GUY GOT SOME OFF THE BOTTLE. "COULD TAKE UP TO 6 MONTHS TO GET ID. INFO ON THE THIEF," PRUITT SAID. I NEVER HEARD BACK FROM THEM.

XV. COUNTY COMMISSIONERS (IN QUESTION)

Don't these County Commissioners know anything about Const. Rts.? Do they even study law? Civil? Criminal Defense Rules? And the 9 Canon Code of Ethics? Do they think they can just take their eyes off of Judges, D.A.'s and Public Defenders ~~without~~ for weeks or months at a time? "O.K." to not drop in unanounced and watch whats going on? To assume their Money Making Crew is always doing a good, clean, straight job, like a Comercial Construction Supervisor and Forman keep an eye on safe and quality progress? Making Money Cleanly?

Or do they believe Const. Rts. violations are O.K., so long as no one gets caught. That it's OK — till someone with a brain, and stump jumping guts comes along — then just intimidate, persecute, and violate <u>EVEN MORE OF THEIR CONST. RTS.</u>, till the victim or vulnerable money target buckles under stress and fear and threats. (Looks that way in Hawkins County.)

Some innocent people refuse to fall into an abuse of power syndrome. Some of us just pretend to have an abuse of power syndrome, while we keep accurate records, and then one day, one day..... we dump a 20 page Civil Action night mare on the "Prosecutorily Imune."

XVI. Why does or should this Federal Court have jurisdiction? That's easy... Because the County and State refuse to obey their own rules. A higher level of law is sometimes needed to tramp on them, shake them up, and filter out the bad elements.

## XVII

(I ALMOST FORGOT THIS ONE)

TWICE, AT HAWKENS COUNTY COURT ENTRANC METAL DETECTOR PASSAGE POINT, I WAS TOLD "NO CANE", "JUDGES ORDERS." I SAID "I'M ONLY GOOD FOR SO MUCH YARDAGE A DAY"... "THEN I MUST RESORT TO A CANE."
(IT'S A VERY GOOD WOODEN CANE, NOT STORE BOUGHT.)
I SAID, "I WAS ON MY FEET 4 HRS. YESTERDAY, AND IT HURTS HORRIBLE TODAY."

"NO CANE", "JUDGE'S ORDERS." SECURITY MADE ME LEAVE, AND I WAS LIMPING SEVERLY AND IN ALMOST TEETH GRITTING PAIN, IN TO HEAR THE USUAL STAGNATION TRIAL BUMP DATE RESET, THEN SEVERLY LIMP BACK OUT.

THE NEXT CT. DATE I HAD WITH ME DOCTOR DIAGNOSIS PAPERWORK SAYING TO USE CRUTCHES IF NECESSARY, AND TO STAY OFF OF IT / BE LESS ACTIVE / PRESCRIPTION PAPER WORK OF PRESCRIBED MELOXOCAM FOR TO REDUCE SWELLING.

SECURITY SAID AGAIN, "NO CANE", "JUDGE'S ORDERS", I SHOWED SECURITY THE MEDICAL EXCUSE. SECURITY SAID, "IT SAYS HERE CRUTCHES," "YOUR NOT USING CRUTCHES", THATS A CANE." "I TOLD YOU, JUDGE'S ORDERS, NO CANE".

LUCKILY, I WAS WELL RESTED, AND NOT EXPERIENCING QUITE THE PAIN SEVERITY AS THE PREVIOUS REQUIRED COURT DATE APEARANCE, OR I WOULD HAVE "LOST IT" AND CUSSED AND HOLLARED AS LOUD AS ANY P.I.S.C.D.I., AND MAYBE EVEN STIFF JABBED HIM IN THE TEETH WITH A FIST. I WAS SO FUMING, I DON'T KNOW HOW I CONTROLED MYSELF, AND FORGOT TO READ HIS NAME TAG. NEXT CT. DATE, I TOOK A WITNESS I COULD COUNT ON, AND DR'S PAPERWORK. THEY LEFT ME IN WITH A CANE EVER SINCE, THEY'LL GET AWAY WITH ANY THING THEY CAN, WITH ME, BECAUSE

XVII CONTINUED:

THEY ALL KNEW — AND I'm SURE EVEN COURT SECURITY KNEW — LONG BEFORE ~~THE HEARING~~ HAND, THAT THE JUDGE & D.A. WOULD <u>NEVER</u> LET CASE 14CR52 GO TO TRIAL...

BECAUSE THEY COULDN'T ALLOW THE JAMES KNIPPER, ~~~~ TO TAKE THE STAND AND WATCH HIM GET HIS FOOT STUCK IN HIS MOUTH. <u>ESPECIALY JAMES KNIPPER</u>. (ARREST SITE VIDEO EDITOR)

COULDN'T LET FALBRANCH KPR OF RECORDS JEFF ANDERSON ~~~~ (WHO I SUBPOENA'D) TAKE THE ~~STAND~~ NEITHER NOR JASON BARRY, NOR MILDRED ANNE FLETCHER.

(OH, BY THE WAY, I'D FORGOTEN TO SUBPOENA HER, BECAUSE I'D BLAMED THE PRELIM. HEARING EDITING ALL ON THE D.A.'S OFFICE.)

... AND THAT'S WHY I WAS SO RELENTLESSLY HERRASSED... TO GET ME JAILED BY BLOWN COOL, BEFORE ALL 4 CHARGES WERE DISMISSED, IF AT ALL POSSIBLE, LIMITLESS PRESSURE.

XVII. **RELIEF I WANT:**

1.) Enough monitary compensation to cover 43½ months of expenses (of) back & forth travel to Court docket dates. 22 mi round trip
2.) ~~cost~~ ; 22 miles round trip(s) to County Clerk of Courts
3.) To cover cost of 35 Net-10 phone cards, of which ~~50%~~ 50% of the minutes were used toward 14 CR 52, one way or another.
4.) Compensation for 3 days & nights in the County Jail, and the herrassment & stress suffered there.
5.) For the stress and often overwhelming hoplessness I suffered, in addition to trying to make atnys do thier jobs (like pulling teeth)
6.) The stress of doing much of my own detective work and documenting a raft of paper work, keepin track of it all and keeping up with and accutly ready for ever changing legal deceptions and the sometimes psycological warfare tactics, and what's a bluff/what isn't.
7.) For the stress I'm still experiencing, and the stress I'll have to put up with, by the time this Federal Civil Action Suit comes to a close. It wasn't just 43½ months— I've been putting up with dozens more of herrassments while this 1 yr statute to file civil has transpired,... and it doesn't look like it'll stop till I get out of this area.





Please note: I wish to add even more names to this Civil Action, due to just that < there is an evil small mob trash element, that still visciously herrasses / sometimes on occasion threatens me with impending promise of brujality, if I don't leave East Tenn.

CONTINUED FROM ABOVE 1 THROUGH 7

8.) Compensation for 8 years aging in my face, since Oct. 15, 2013. (more like 10)

XVII. **RELIEF I WANT, CONTINUED:**

9) COMPENSATED FOR HAVING ENDURED THE STRESS FROM WORRYING AND WONDERING IF, OR WHEN, OR WHERE A DEATH THREAT MAY BE CARRIED OUT.

10) MONITARILY, ENOUGH TO BE ABLE TO GIVE A FEW THOUSAND DOLLARS AWAY NOW AND THEN TO DESERVING UNFORTUNATE PEOPLE. PEOPLE WITH NO HEALTH INSURANCE & CAN'T AFORD IT, AND OR NEED AN OPERATION (LIKE ME & MY ANKLE)

11) ENOUGH EXTRA TO PAY OFF MY DELINQUANT HOSPITAL BILLS, AND PAY THE KIND OF TOP RATE ~~SURG~~ SURGEON WHO OPERATES ON PROFESSIONAL ATHELETES, TO FIX MY RIGHT ANKLE, SO THAT MY STILL LEAN & TRIM ASS CAN ONCE AGAIN (WITH NO PAIN) GO RUNNING 2 MILES TWO OR THREE TIMES A WEEK, AND ACHIEVE THOSE 2ND WINDS I MISS SO DAMN MUCH.

12) MONITARY COMPENSATION ENABLING ME TO REALLY LEAVE, AND GET AWAY ~~[scribbled out]~~ FROM A VENDETTA FOR GOOD, LIKE MANITOBA, OR QUEBEC, GET A PILOT'S LICENSE & BUY A NEW 4-SEAT PIPER CUB AMPHIBIAN/SINGLE ENGINE PLANE, TRANSPORT HUNTERS & FISHERMEN, BE A PART TIME GUIDE AND FISH & HUNT TO MY HEART'S CONTENT THE REST OF MY LIFE, WHERE LIFE'S UN COMPLICATED, I'M IN CONTROL, AND NO ONE CAN ARRANGE FOR TROUBLE TO BE PUT IN MY PATH. A 350 ACRE RANCH IN WYOMING OR MONTANA, MAYBE, WHERE A MAN'S UNHINDERED BY TODAYS FUSSY CLUSTER FUCK DRAMAS. WHERE I CAN WRITE MY SONGS, AND THE WATER'S CLEAN ENOUGH TO EAT THE FISH AND DRINK A GLASS OF IT WHILE YOUR FISHING IT.

[Margin note, pointing to item 12:] ENOUGH MONEY TO BUY OR BUILD A LODGE FOR 8 CLIENTS AND ALL THEIR GEAR WOULD BE THE ULTIMATE DREAM.

13) AND SIR? DON'T GET ME WRONG. I MAY SOUND CHEEP & EASY TO PLEASE, BUT I DO WANT THE SAME FIGURE RELIEF $ THAT A PROFESSIONAL CIVIL ATTNY. WOULD BE GETTING FOR ME. SOMETHING ELSE I'D LIKE TO DO IF I HAD A LOT OF MONEY / NEXT PAGE

RELIEF I WANT CONTINUED:

14) ⓑ. ENOUGH MONEY TO ~~BUY~~ BUILD A LARGE PROFESSIONAL BOXING TRAINING CAMP. I CAN ~~MOST DEFINATLY BE~~ A GREAT MANAGER/TRAINER. LOT OF GOOD TALENT GOING TO WASTE IN THE WRONG PLACES. FIGHTERS WORKING THEIR WAY UP THE RANKS DON'T GET PAID NEAR ENOUGH TO TAKE SHOTS UNTIL THEIR 15TH OR 20TH FIGHT, IF THEIR LUCKY. I'D LIKE TO CHANGE THAT. WITH MY ANKLE FIXED, AND AMPLE RELIEF, I COULD CHANGE SOME LIVES. ~~[scratched out]~~

15) ANOTHER MONEY INVESTMENT, IS AUTO BODY. STREET RODDING OLD CARS THAT CAN STILL BE FOUND REASONABLE. I'D LIKE TO BUY OR BUILD UP A 55 CHEVY, 2DR HARD TOP, 350 TURBO W/HEADERS, & DRIVE IT EVERYDAY... TO AND FROM MY JOB - A JOB TRAINING WELL PAID FIGHTERS.

I BELIEVE A FAIR RELIEF SUM OUGHT TO BE 2.3 MILLION DOLLARS, SINCE ALL THOSE DEFENDANTS WERE SO HEARTLESS/NO CONSCIENCE, AND ABSOLUTLY RELENTLESS TO THE VERY END... AND NOT ONE OF THEM WOULD PUT THE BRAKES ON IT 6 TO 12 MONTHS INTO THE ORDEAL, MY ORDEAL.

Michael J. Campbell
PLAINTIFF, MAY 31ST, 2018
9271 HWY 11 W, BOX 4
MOORESBURG, TN. 37811
CELL; 423-347-8571