UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL JAMES CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-CV-85 |
| | ) REEVES/WYRICK |
| JAMES KNIPPER, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM OPINION

This matter is before the court on defendants Assistant District Attorney General Lindsey Lane and the Office of the District Attorney General for the Third Judicial District's motion for a final judgment pursuant to Federal Rule of Civil Procedure 54(b) [Doc. 48]. By prior order, this Court dismissed all claims the defendants [Doc. 38]. The dismissal of defendants from this action has not been appealed, and the time for doing so has expired.

Pursuant to Rule 54(b), "any order . . . that adjudicates fewer than all the claims of the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties" unless the court directs entry of a final judgment for those parties or claims upon the express finding of "no just reason for delay." Defendants argue there is no just reason to delay entry of a final order as it relates to them. The Court notes that plaintiff has not opposed the motion and the time for doing so has expired.

Accordingly, for the good cause stated, the motion for entry of a final judgment [Doc. 48] is **GRANTED.**

**Enter:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

2

Case 2:18-cv-00085-PLR-CRW   Document 56   Filed 04/30/20   Page 2 of 2   PageID #: 191