# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL JAMES CAMPBELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES KNIPPER, et al., ) <br> ) <br> Defendants. ) | No. 2:18-CV-85 <br> REEVES/WYRICK |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Assistant District Attorney General Lindsey Lane and the Office of the District Attorney General for the Third Judicial District are **DISMISSED** as defendants in this action pursuant to Federal Rule of Civil Procedure 54(b).

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**