UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL JAMES CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:18-CV-85 |
| | ) REEVES/WYRICK |
| JAMES KNIPPER, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Randy Collier, Richard Spivey, Todd Ross, John Pruitt, Hawkins County Sheriff's Department, and Hawkins County Commissioners are **DISMISSED** as defendants in this action pursuant to Federal Rule of Civil Procedure 54(b).

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ JOHN L. MEDEARIS*
**CLERK OF COURT**