UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MICHAEL JAMES CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) No.: 2:18-CV-85-KAC-CRW |
| JAMES KNIPPER, et al., | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Order Dismissing Case, this action is **DISMISSED**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT